IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN BOWERS,

    Plaintiff,

  v.

Case No. 20-cv-928-jdp

COUNTY OF TAYLOR, BRUCE DANIELS,
and MELISSA SEAVERS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants County of Taylor, Bruce Daniels, and Melissa Seavers against plaintiff Steven Bowers dismissing this case.

    s/ K. Frederickson, Deputy Clerk          April 14, 2022
    Peter Oppeneer, Clerk of Court              Date